```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ALABAMA
                    NORTHEASTERN DIVISION
```

                                                    99 MAR 23 AM 10:50

                                                    N.D. OF ALABAMA

DOUGLAS FLEMING,                )
                                )
     Plaintiff,                 )
                                )
v.                              )    Civil Action No. 99-S-0091-NE
                                )
PPG INDUSTRIES, INC.;           )
W. KURT LORING; ROBERT MOORE;   )
GEORGE ELLIS; GARY DENNIS;      )         ENTERED
and JAMES E. LOVESKY,           )
                                )         MAR 23 1999
     Defendants.                )

## MEMORANDUM OPINION

Plaintiff, Douglas Fleming, commenced this action on December 17, 1998 in the Circuit Court of Madison County, Alabama, alleging three causes of action arising out of a reduction in force which left Fleming unemployed. Plaintiff contends defendants' guidelines for such action, which plaintiff had relied upon when accepting the offer of employment, were not followed. Plaintiff asserts three claims: (1) breach of contract; (2) fraud; and (3) conspiracy. Defendant removed this action to this court on January 18, 1999.[1] This action presently is before the court on defendants' motion to dismiss count three of plaintiff's complaint, strike plaintiff's claim for emotional distress damages sought for alleged breach of contract, and dismiss the individual defendants. (Doc. No. 7.)

---

[1] Plaintiff's motion to remand was denied.

## I. MOTION TO DISMISS COUNT THREE

Defendants argue that plaintiff fails to state a claim for conspiracy because no conspiracy can exist between a corporation and its employees. This court agrees, and defendants' motion to dismiss is due to be granted. *See Phillips v. Amoco Oil Co.*, 614 F. Supp. 694 (N.D. Ala. 1985), *aff'd*, 799 F.2d 1464 (11th Cir. 1986).

## II. PLAINTIFF'S CLAIM FOR EMOTIONAL DISTRESS DAMAGES

Defendants argue that damages for emotional distress are not recoverable in a breach of contract action. To the extent plaintiff seeks such damages under his contract claim, defendants' motion to strike such prayer for relief is due to be granted. Plaintiff still has a claim for fraud, however, which sounds in tort.

## III. MOTION TO DISMISS INDIVIDUAL DEFENDANTS

First, no individual defendant was a party to the contract in issue. Second, no individual defendant was employed by defendant PPG Industries, Inc. when plaintiff was hired. Therefore, no individual defendant could have been involved with any representations made to plaintiff which may serve as a basis for his claim of fraud. Finally, as stated above, no individual defendant may be held liable for the alleged conspiracy with their

2

employer.

## IV. CONCLUSION

An order consistent with this memorandum opinion will be entered contemporaneously herewith.

DONE this 23rd day of March, 1999.

_____
United States District Judge

3